Harry A. NOYES, Appellant, v. Conway P. COE, Commissioner of Patents, Appellee.

No. 8819.

United States Court of Appeals District of Columbia.

Argued May 15, 1945.

Decided May 28, 1945.

Mr. Herbert A. Baker, of Washington, D. C., with whom Mr. William M. Cushman, of Washington, D. C., was on the brief, for appellant.

Mr. E. L. Reynolds, of Washington, D. C., with whom Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., was on the brief, for appellee.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

The findings and judgment of the trial court find full support in the record. Appellant has failed to meet the burden imposed upon a plaintiff in a Section 4915 proceeding [1] and is not entitled to a patent.

Affirmed.

---

[1] 35 U.S.C.A. § 63; Abbott v. Coe, 71 App.D.C. 195, 197, 198, 109 F.2d 449, 451, 452; Daniels v. Coe, 73 App.D.C. 54, 58, 116 F.2d 941, 945; Morrison v. Coe, 75 U.S.App.D.C. 219, 220, 127 F.2d 737, 738.